IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-00847-CBS-BNB

WALTER KESSLER,
        Plaintiff,
v.

UNITED RESOURCE SYSTEMS, INC.,
        Defendant.
_____

ORDER AND ORDER OF REFERENCE
_____

This civil action comes before the court on several matters:


I.      Consent to Proceed by Magistrate Judge

On September 5, 2008, the above-captioned case was referred to Magistrate

Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final

judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO.

LCivR 72.2. (*See* doc. # 18). All previously scheduled matters will now be handled by

Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-

402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294. Magistrate Judge

Shaffer's chambers telephone number is (303) 844-2117. All future filings in this case

shall be filed in the United States District Court for the District of Colorado under the

caption **Civil Action No. 08-cv-00847-CBS-BNB**.

II.     Order of Reference

The Order of Reference dated April 28, 2008 (doc. # 2) is hereby VACATED.

This matter is now referred to United States Magistrate Judge Boyd N. Boland *for*

*settlement purposes only*, to convene such settlement conferences and direct related

proceedings as may facilitate settlement of this case.


III.    Further Proceedings

A.      The deadlines and settings set forth in the Scheduling Order dated August

26, 2008 (doc. # 15) remain unchanged.

B.      A Telephone Status Conference shall be held by Magistrate Judge Shaffer

in Courtroom A-402, 4th Floor, on **Thursday October 9, 2008 at 9:15 a.m.**  Parties and

counsel are advised that a trial date for a 3-day trial to a jury will be scheduled at the

hearing.  Counsel shall arrange a telephone conference call among themselves before

telephoning the court.

DATED at Denver, Colorado, this 10th day of September, 2008.

BY THE COURT:


___s/Craig B. Shaffer_____
United States Magistrate Judge