IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-00847-CBS-BNB

WALTER KESSLER,
        Plaintiff,
v.

UNITED RESOURCE SYSTEMS, INC.,
        Defendant.
_____

ORDER ON STIPULATION FOR DISMISSAL
_____

        This civil action comes before the court on the parties' "Stipulation of Dismissal

with Prejudice" pursuant to Fed. R. Civ. P. 41(a)(1)(ii) (filed January 30, 2009) (doc. #

29).  The court now being sufficiently advised in the premises, IT IS ORDERED that:

        1.      The parties' Stipulation is approved.

        2.      All deadlines and settings in this action are hereby VACATED.

        3.      This civil action is dismissed with prejudice pursuant to Fed. R. Civ. P.

41(a)(1)(ii), with each party to bear his, her or its own attorney fees and costs.


        DATED at Denver, Colorado, this 30th day of January, 2009.


                                        BY THE COURT:



                                        ___s/Craig B. Shaffer_____
                                        United States Magistrate Judge

1